## C. F. Davis et al. v. W. C. Martin.

Decided December 9, 1896.

**Judgment not Final—Appeal.**

A judgment which fails to dispose of the rights of all of the parties to the suit is not final and no appeal lies therefrom.

Appeal from the County Court of Coryell County. Tried below before Hon. T. C. Taylor.

*Owens Miller,* for appellants.

*Stinnett Bros.* and *Arnold & West,* for appellees.

KEY, Associate Justice.— *Opinion.*—The judgment appealed from does not dispose of S. H. Henderson and Smith Coffey, both of whom are parties to the suit, and hence there is no final judgment, and this court has no jurisdiction to entertain the appeal. Martin v. Crow, 28 Texas, 614; Simpson v. Bennett, 42 Texas, 241; Linn v. Arambould, 55 Texas, 611, Mignon v. Brinson, 74 Texas, 18; Mills v. Paul, 1 Texas Civ. App., 415; 23 S. W. Rep., 394.

*Appeal dismissed.*